■ HINDY ESHEL et al., Appellants, v FLEET BANK et al., Defendants, and STERLING NATIONAL BANK, Respondent. [718 NYS2d 825] —Order, Supreme Court, New York County (Charles Ramos, J.), entered on or about July 25, 2000, which, in an action for fraud and misappropriation of investment monies, granted defendant-respondent's motion to disqualify plaintiffs' attorneys, unanimously affirmed, without costs, for the reasons stated in *Bassman v Blackstone Assocs.* (279 AD2d 280 [decided herewith]). Concur—Rosenberger, J. P., Nardelli, Andrias, Ellerin and Lerner, JJ.